# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:10CR189 |
| vs. | ) | ORDER |
| ARMANDO OLMEDO-GARCIA, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Armando Olmedo-Garcia (Olmedo-Garcia) for a release from detention (Filing No. 32). Olemdo-Garcia was ordered detained following his arraignment on October 27, 2011. Olmedo-Garcia now seeks release to live with a third-party custodian, his aunt, a Lawful Permanent Resident, in Council Bluffs, Iowa. After reviewing the Pretrial Services report and Olmedo-Garcia's criminal history, the motion for release (Filing No. 32) will be denied.

The Indictment in this case was returned on May 18, 2010. Olmedo-Garcia remained a fugitive until his arrest in Hammond, Indiana, on August 23, 2011. He allegedly resided in Hammond and was employed by his father. Since 2004, Olmedo-Garcia has used three names: Genaro Silva, Armando Olmedo-Garcia, and Samuel F. Rosado-Guzman. He has also used three dates of birth: June 19, 1984, March 17, 1985, and February 7, 1977. His arrest record consists of 31 entries in Douglas County, Nebraska, two entries in Dodge County, Nebraska, and two entries in Chicago, Illinois. Included in his arrest record were 8 arrests for failure to appear in Douglas County and two arrests for failure to appear in Dodge County. He is in the United States illegally and a detainer has been placed with the U.S. Marshal by the Bureau of Immigration and Custom Enforcement (BICE). The defendant remains a flight risk.

**IT ORDERED:**

Olmedo-Garcia's motion for release (Filing No. 32) is denied.

DATED this 14th day of December, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge