IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:10CR189 |
| v. | ) | |
| ARMANDO OLMEDO-GARCIA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the findings and recommendations of the magistrate judge (Filing No. 48), in which the magistrate judge recommends that defendant's motion to suppress (Filing No. 30) should be denied. The Court has reviewed the transcript of the evidence received by the magistrate judge, and notes no objections have been filed by defendant. The Court finds that the magistrate judge's findings and recommendations should be approved and adopted by the Court. Accordingly,

IT IS ORDERED:

1) The findings and recommendations of the magistrate judge are approved and adopted.

2) The motion to suppress is denied.

3) Trial of this matter is scheduled for:

**Tuesday, March 5, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may

be called by the Court.  This will give the parties time to pursue plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendants in a speedy trial.  The additional time between January 30, 2012, and March 5, 2012, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 30th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court