IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR189 |
| | ) | |
| v. | ) | |
| | ) | |
| ARMANDO OLMEDO-GARCIA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing before the Court, the government moved to dismiss Count I of the superseding indictment. Defendant had no objection. Accordingly,

IT IS ORDERED that Count I of the superseding indictment is dismissed as to defendant Armando Olmedo-Garcia.

DATED this 23rd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court